Argued and submitted January 15, affirmed July 22, 1992

## FARMERS INSURANCE COMPANY OF OREGON,
*Respondent,*

*v.*

## HARTFORD INSURANCE COMPANY OF THE MIDWEST,
*Appellant,*

*and*

## Kathryn HINTON,
*Defendant.*

(90-0973; CA A68471)

833 P2d 1382

Peter R. Chamberlain, Portland, argued the cause for appellant. With him on the brief were Barry M. Mount and Bodyfelt Mount Stroup & Chamberlain, Portland.

William F. Gary, Eugene, argued the cause for respondent. On the brief were B. Kevin Burgess and Harrang Long Watkinson Arnold & Laird, P.C., Eugene.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *Babb v. Mid-Century Ins. Co.*, 110 Or App 67, 821 P2d 424 (1991), *rev den* 313 Or 209 (1992).